IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| STEPHEN RASHONE MARTIN,<br><br>   Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>   Defendant. | No. 1:25-CV-351<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING APPLICATION FOR ATTORNEY'S FEES

Before the Court is the Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. [Dkt. 13.] The Commissioner is unopposed to Plaintiff's requested fee. Judge Stetson recommended that the Court grant the Plaintiff's application, and neither party filed objections to her Report and Recommendation. [Dkt. 14]

It is therefore ORDERED that the Report and Recommendation Regarding Attorney Fees is ADOPTED. It is further ORDERED that the Plaintiff's application for attorney's fees [dkt. 13] is GRANTED, and the Commissioner of Social Security shall pay Stephen Rashone Martin, in care of his attorney, Michael T. Kelly, an attorney fee in the amount of $968.04. This amount includes compensation at $125.00 per hour, plus an adjustment for increased costs of living consistent with the Consumer Price Index for the relevant time periods. In addition, the Plaintiff shall be paid $405 for court costs, to be paid separately from the Judgment Fund. The court directs that the award be mailed to Stephen Rashone Martin, in care of his attorney, Michael T. Kelly, at his office address, Morgan & Weisbrod, L.L.P., P.O. Box 821329, Dallas, Texas 75382-1329.

It is further ORDERED that this award is subject to any beneficial, contractual and/or assignment-based interests held by the Plaintiff's attorney. If successful at the administrative

1

level, the Plaintiff is granted an extension of sixty days from receipt of the Notice of Award from the Social Security Administration to file a motion for attorney's fees under 42 U.S.C. § 406(b).

**SIGNED this 15th day of January, 2026.**

                                                  Michael J. Truncale
                                                  United States District Judge